# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TRUSTEES OF THE IRON WORKERS
WELFARE PLAN

CASE NUMBER: 19-CV-5302

V.

ASSIGNED JUDGE: Robert M. Dow, Jr.

BAADE MANAGEMENT CO., INC. d/b/a
BMC, INC., a foreign corporation not licensed
to do business in Illinois

DESIGNATED
MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

BAADE MANAGEMENT CO., INC. d/b/a BMC, INC.
c/o FRANK BAADE, PRESIDENT
20 LANE 325 LAKE JAMES A-3
ANGOLA, IN 46703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

August 7, 2019

DATE

FORM BCA-5.25 (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE
FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com

Payment must be made by check or money order payable to Secretary of State.

**FILED**
AUG 13 2019
JESSE WHITE
SECRETARY OF STATE

Filing Fee: $10     File #: 9806-5199     Approved: _M.H_

— Submit in duplicate — Type or Print clearly in black ink — Do not write above this line —

1. Title and Number of Case:
   Trustees of the Iron Workers Welfare — first named plaintiff
   v.
   Baade Management Co., Ind. d/b/a — first named defendant
   Number: 19cv5302

2. Name of corporation being served: Baade Management Co., Inc.

3. Title of court in which an action, suit or proceeding has been commenced: U.S. Dist. Court/N.D. of Illinois

4. Title of instrument being served: Complaint/Summons

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☐ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____ .

   e. ☑ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: c/o Frank Baade, President, 20 Lane 325 Lake James A-3, Angola, IN 46703

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _Daniel P. McAnally_     August 7     2019
   Signature of Affiant       Month Day    Year
   ( 312 ) 251-9700
   Telephone Number

Return to (please type or print clearly):

McGann, Ketterman & Rioux
Name
111 E. Wacker Dr., Suite 2600
Street
Chicago, IL 60601
City/Town    State   Zip

TENDERED CHICAGO
CORP. DEPARTMENT

AUG 08 2019

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

Printed by authority of the State of Illinois, January 2015 — 1 — C 213.11