IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 19-cv-5302 |
| | ) ) | Judge Robert M. Dow Jr. |
| v. | ) ) | |
| BAADE MANAGEMENT CO., INC. d/b/a BMC, INC., | ) ) ) | |
| Defendant. | ) | |

Judgment Order
_____

WHEREAS, the Plaintiffs filed their Complaint on August 6, 2019 and the Defendant was served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BAADE MANAGEMENT CO., INC. d/b/a BMC, INC., in the sum of **$27,563.33** representing the following amounts:

| | | |
|---|---|---:|
| a) | ERISA Contributions (12/19 - 09/12) | $21,397.86 |
| b) | Liquidated Damages (12/19 - 09/19 ) | $1,604.77 |
| c) | Attorney Fees and Costs | $4,560.70 |
| | **TOTAL** | $27,563.33 |

ENTERED:

_____
Robert M. Dow Jr.
UNITED STATES DISTRICT JUDGE

DATED: November 5, 2019